IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MESCALERO APACHE TRIBE and INN OF THE MOUNTAIN GODS RESORT & CASINO, an unincorporated business entity of the Mescalero Apache Tribe,<br><br>Plaintiffs,<br><br>v.<br><br>THE PRINCETON EXCESS SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | No. 2:25-cv-00854-JHR-DLM |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURES STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Mescalero Apache Tribe ("Mescalero"), on its own behalf, and on behalf of Inn of the Mountain Gods Resort & Casino (the "Inn"), an unincorporated business entity, (collectively, "Plaintiffs") file their Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing the Court as follows:

(1)     The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of the parties:

Plaintiffs Mescalero Apache Tribe, on its own behalf, and on behalf of Inn of the Mountain Gods Resort & Casino.

Defendant The Princeton Excess and Surplus Lines Insurance Company is a wholly owned subsidiary of Munich Re America Corporation, its parent company.

- 1 -

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**ATTORNEYS FOR PLAINTIFFS:**

Elizabeth K. Watson
ekw@jdw-law.com
John D. Wheeler
jdw@jdw-law.com
**JOHN D. WHEELER & ASSOCIATES, P.C.**
Telephone: (575) 437-5750
Telecopy: (575) 437-3557

-and-

Noah H. Nadler
nnadler@nadlerlegal.com
Whitney L. Warren
wwarren@nadlerlegal.com
**NADLER LAW, PLLC**
Telephone: (214) 435-7244
(*Pro Hac Vice to be submitted*)

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

a) Mescalero Apache Tribe is a tribal governmental entity who operates in Otero County, New Mexico.

b) Inn of the Mountain Gods Resort & Casino is an unincorporated business entity owned and operated by the Mescalero Apache Tribe operating in Otero County,

New Mexico.

c) Defendant is a corporation organized and existing under the laws of the State of Delaware.

Respectfully submitted September 4, 2025,

        **JOHN D. WHEELER & ASSOCIATES, P.C.**
        A Professional Corporation

        */s/ Elizabeth K. Watson*
        Elizabeth K. Watson
        John D. Wheeler
        Post Office Box 1810
        Alamogordo, NM 88311
        Telephone: (575) 437-5750
        Telecopy: (575) 437-3557
        jdw@jdw-law.com
        ekw@jdw-law.com

        *-and-*

        **NADLER LAW, PLLC**

        */s/ Noah H. Nadler*
        Noah H. Nadler
        State Bar No. 24065806
        nnadler@nadlerlegal.com
        Whitney L. Warren
        State Bar No. 24084395
        wwarren@nadlerlegal.com
        Telephone: (214) 435-7244
        (Appearing *Pro Hac Vice*)

        **ATTORNEYS FOR PLAINTIFFS**